IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HENRY G. CARTER, an individual, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. NO. 06-419 (JJF) |
| | ) | |
| INDEPENDENT PRODUCTIONS, INC., | ) | JURY OF TWELVE DEMANDED |
| a Pennsylvania corporation, and | ) | |
| GEORGE THOROGOOD & THE | ) | |
| DESTROYERS, INC., a Pennsylvania | ) | |
| corporation, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, Henry G. Carter, by and through his attorneys, hereby voluntarily dismisses this action without prejudice.

           CONNOLLY BOVE LODGE & HUTZ LLP

           ____/s/ James D. Heisman_____
           James D. Heisman (# 2746)
           1007 N. Orange Street
           P. O. Box 2207
           Wilmington, DE 19899
           *Attorneys for Plaintiff*

Dated: October 31, 2006

**IT IS SO ORDERED this \_\_\_\_ day of November, 2006.**

_____
**U.S. District Court Judge**

496599